# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

VERSAH LLC and HUWAIS IP
HOLDINGS LLC,

        Plaintiffs,

   v.

MEDIDENT ITALIA

        Defendants.

Case No. 1:25-CV-09973

Hon. Paul A. Engelmayer

## ~~[PROPOSED]~~ JUDGMENT AND ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**WHEREFORE**, Versah LLC and Huwais IP Holdings LLC (jointly together as "Plaintiffs") have brought counts of (1) trademark infringement under 15 U.S.C. § 1114, (2) trademark infringement under 15 U.S.C. § 1125(A), (3) false and misleading designation and description of origin in violation of 15 U.S.C. § 1125(A), (4) common law trademark infringement, and (5) copyright infringement against Medident Italia ("Medident");

**WHEREFORE**, the clerk entered a default against Medident on January 21, 2026;

**WHEREFORE**, the Court has considered Plaintiffs' Motion for Default Judgment and Permanent Injunction against Medident and Plaintiffs' pleadings in this matter, and finds that Plaintiffs are entitled to a default judgment under Fed. R. Civ. P. 55(b)(2) based on Medident's failure to respond or otherwise notify Plaintiffs or this Court as to its intentions to challenge the allegations made against it and the facts set forth in said pleadings;

1

**WHEREFORE**, Plaintiffs have requested as relief a permanent injunction against Medident and the Court finds that Plaintiffs have satisfied the requirements for a permanent injunction;

It is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment and Permanent Injunction against Medident is **GRANTED**.

For its **JUDGMENT AND ORDER**, the Court finds as follows:

1. Medident has willfully infringed on the following trademarks: Reg. No. 6,261,888 (VS8) and Reg. No. 4,689,471 (DENSAH), together the "Registered Trademarks," under 15 U.S.C. § 1114 at least by using said marks in commerce on its infringing bur kit in a manner that is likely to cause confusion under;

2. Medident has willfully infringed on the Registered Trademarks 15 U.S.C. § 1125(A) at least by using said marks in commerce on its infringing bur kit in a manner that is likely to cause confusion under;

3. Plaintiffs have common law trademark rights in VS8 and DENSAH ("Common Law Trademarks"), which Medident has willfully infringed at least by using the identical VS8 and DENSAH marks in commerce on its infringing bur kit in a manner that is likely to cause confusion under New York state/common law;

4. Medident used the Registered Trademarks and Common Law Trademarks (together, "Asserted Trademarks") in a false or misleading manner to suggest an affiliation with Plaintiffs where no such affiliation existed, in violation of 15 U.S.C. § 1125(A);

5.    Medident has willfully infringed on Plaintiffs' copyright Registration No. VA0002203676 ("Asserted Copyright") by using a substantially similar image on is infringing bur kits.

For its **JUDGMENT AND PERMANENT INJUNCTION**, the Court finds Medident and its officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them and who are on actual notice of this Judgment and Permanent Injunction are hereby enjoined and restrained from:

i.    During the life of the Asserted Trademarks, using the Asserted Trademarks in commerce in any capacity that is likely to cause confusion, mistake, or deception as to the affiliation, connection or association of Medident with Plaintiffs, and/or as to the origin, sponsorship, or approval of Medident's products, services, or commercial activities by Plaintiffs, including in connection with dental products;

ii.    During the life of the Asserted Copyright, from copying, reproducing, distributing, adapting, and/or publicly displaying an image substantially similar to the Asserted Copyright and/or a derivative work thereof;

iii.    Aiding, abetting, inducing, contributing to, or otherwise assisting anyone in infringing the Asserted Trademarks or Asserted Copyright; and

iv.    Taking any action designed to circumvent this injunction for the purpose of continuing infringing and unlawful behavior.

Dated: May 12, 2026

_____
PAUL A. ENGELMAYER
United States District Judge

3